NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATA NETWORK STORAGE CORPORATION,**
*Plaintiff-Appellant,*

v.

**DELL INC.,**
*Defendant,*

AND

**NETWORK APPLIANCE, INC., .**
*Defendant-Appellee.*

---

2011-1141

---

Appeal from the United States District Court for the Northern District of Texas in case no. 08-CV-0294, Judge David C. Godbey.

---

## ON MOTION

---

## ORDER

Data Network Storage Corporation moves without opposition for an extension of time, until August 12, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 0 5 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Anthony J. Dain, Esq.
     Roger J. Fulghum, Esq.
     Edward R. Reines, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 0 5 2011

**JAN HORBALY**
**CLERK**